UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

CASE NO. 03 2679B
CIV

JANET SHIRLEY, as surviving Spouse,
and for the estate of JERRY SHIRLEY,
Deceased, JASON SHIRLEY, JAYANN
SHIRLEY, and JANA SHIRLEY, children
of Deceased, JERRY SHIRLEY,

       Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER COMPANY,
an Ohio corporation, GOODYEAR DUNLOP
TIRES NORTH AMERICA, LTD., a New York
corporation, SUMITOMO RUBBER INDUSTRIES,
INC., a foreign corporation, and DUNLOP TIRE
CORPORATION, a Delaware corporation,

       Defendants.
_____/

## ORDER RE PLAINTIFFS' MOTION TO SEAL PLAINTIFFS' OPPOSITION TO DEFENDANT GOODYEAR TIRE & RUBBER COMPANY AND GOODYEAR DUNLOP TIRE NORTH AMERICA, LTD'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFFS' RULE 7.2(D)(3) RESPONSE TO DEFENDANTS' RULE 7.2(D)(2) STATEMENT OF UNDISPUTED MATERIAL FACTS

This matter, having come before the Court on Plaintiffs' Motion to Seal their Opposition to Defendant Goodyear Tire & Rubber Company and Goodyear Dunlop Tires of North America, LTD's Motion for Summary Judgment and Plaintiffs' Rule 7.2(D)(3) Response to Defendants' Rule 7.2(D)(2) Statement of Undisputed Material Facts, inclusive of their exhibits., and the Court being fully advised in the premises, it is

ORDERED and ADJUDGED that Plaintiffs' motion is GRANTED. The Clerk shall seal the Opposition, Response, and accompanying exhibits immediately.

1

DONE and ORDERED in chambers, Memphis, Tennessee, this 24th day of May, 2005.

_____
Judge

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 93 in case 2:03-CV-02679 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Todd C Theodora
STEPHAN ORINGHER RICHMAN & THEODORA
2209 Century Park East
6th Floor
Los Angeles, CA 90067--290

Daniel B. Snellings
WILLIAM S. FRATES, II, P.A.
830 Azalea Ln.
Vero Beach, FL 32963

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

John S. Hicks
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Roy Brasfield Herron
P. O. Box 5
Dresdin, TN 38225

William S. Frates
WILLIAM S. FRATES, II, P.A.
830 Azalea Ln.
Vero Beach, FL 32963

David Lee Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT