UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ulc D.C.

05 JUN -1 PM 5:17

ROBERT H. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JANET SHIRLEY, as Surviving Spouse, and for
the estate of JERRY SHIRLEY, Deceased,
JASON SHIRLEY, JAYANN SHIRLEY
And JANA SHIRLEY, children of Deceased,
JERRY SHIRLEY,

      Plaintiffs,

v.                                CASE NO.: 03 2679 B P

THE GOODYEAR TIRE & RUBBER COMPANY,
An Ohio corporation, GOODYEAR DUNLOP TIRES
OF NORTH AMERICA, LTD., an Ohio Limited
Liability Company, SUMITOMO RUBBER INDUSTRIES, INC.,
a foreign Corporation, and DUNLOP TIRE CORPORATION,
a Delaware Corporation,

      Defendants

---

### [PROPOSED] ORDER GRANTING
### THE GOODYEAR TIRE & RUBBER COMPANY'S AND GOODYEAR DUNLOP TIRES OF NORTH AMERICA, LTD'S
### MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

---

This cause came to be heard upon the Motion of Defendants, The Goodyear Tire & Rubber Company ("Goodyear"), and Goodyear Dunlop Tires of North America, Ltd. ("GDTNA"), for leave to reply to Plaintiffs' Opposition to Defendants Goodyear's and GDTNA's Motion for Summary Judgment. For those reasons set forth in Defendants' Memorandum of Law in support of its Motion, the Court finds that the Motion is well taken and should be granted. The Court also finds that Plaintiffs to do not oppose the Motion.

IT IS, THEREFORE, ORDERED ADJUDGED AND DECREED that Goodyear's and GDTNA's Motion for leave to file a reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment be GRANTED, and that Defendants shall have two (2) weeks from the date this Order is docketed to file its reply.

JUDGE
DATE: June 1, 2005

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 100 in case 2:03-CV-02679 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Todd C Theodora
STEPHAN ORINGHER RICHMAN & THEODORA
2209 Century Park East
6th Floor
Los Angeles, CA 90067--290

Daniel B. Snellings
WILLIAM S. FRATES, II, P.A.
830 Azalea Ln.
Vero Beach, FL 32963

David Lee Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

John S. Hicks
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Roy Brasfield Herron
P. O. Box 5
Dresdin, TN 38225

William S. Frates
WILLIAM S. FRATES, II, P.A.
830 Azalea Ln.
Vero Beach, FL 32963

Honorable J. Breen
US DISTRICT COURT