## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -2 PH 2:27

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JANET SHIRLEY, as Surviving Spouse, and for
the estate of JERRY SHIRLEY, Deceased,
JASON SHIRLEY, JAYANN SHIRLEY
And JANA SHIRLEY, children of Deceased,
JERRY SHIRLEY,

    **Plaintiffs,**

**v.**             **CASE NO.:  03 2679 B P**

THE GOODYEAR TIRE & RUBBER COMPANY,
An Ohio corporation, GOODYEAR DUNLOP TIRES
NORTH AMERICA, LTD., an Ohio Limited
Liability, SUMITOMO RUBBER INDUSTRIES, INC.,
a foreign Corporation, and DUNLOP TIRE CORPORATION,
a Delaware Corporation,

    **Defendants**

---

### [~~PROPOSED~~] *TMP* ORDER GRANTING
### THE GOODYEAR TIRE & RUBBER COMPANY'S
### MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO
### GOODYEAR'S MOTION FOR PROTECTIVE ORDER

---

This cause came to be heard upon the Motion of Defendant, The Goodyear Tire &
Rubber Company ("Goodyear"), for leave to reply to Plaintiffs' Opposition to Goodyear's
Motion for Protective Order.  For those reasons set forth in Goodyear's Memorandum of Law in
support of its Motion, the Court finds that the Motion is well taken and should be granted.  The
Court also finds that Plaintiffs to do not oppose the Motion.

IT IS, THEREFORE, ORDERED ADJUDGED AND DECREED that Goodyear's
Motion for leave to file a reply to Plaintiffs' Opposition to Goodyear's Motion for Protective

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _6-8-05_

*101*

Order be GRANTED, and that Goodyear shall have two (2) weeks from the date this Order is

docketed to file its reply.

JUDGE

DATE:_____ June 1, 2005 _____

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 101 in case 2:03-CV-02679 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Daniel B. Snellings
WILLIAM S. FRATES, II, P.A.
830 Azalea Ln.
Vero Beach, FL 32963

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

John S. Hicks
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Roy Brasfield Herron
P. O. Box 5
Dresdin, TN 38225

William S. Frates
WILLIAM S. FRATES, II, P.A.
830 Azalea Ln.
Vero Beach, FL 32963

Todd C Theodora
STEPHAN ORINGHER RICHMAN & THEODORA
2209 Century Park East
6th Floor
Los Angeles, CA 90067--290

David Lee Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT