UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 JUL 26 PM 3: 48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CASE NO. 03-2679BP
CIV

JANET SHIRLEY, as surviving Spouse, and for
the estate of JERRY SHIRLEY, Deceased,
JASON SHIRLEY, JAYANN SHIRLEY,
and JANA SHIRLEY, children of Deceased,
JERRY SHIRLEY,

        Plaintiffs,

v.

THE GOODYEAR TIRE & RUBBER COMPANY,
an Ohio corporation, GOODYEAR DUNLOP TIRES
NORTH AMERICA, LTD., a New York corporation,
SUMITOMO RUBBER INDUSTRIES, INC., a foreign
corporation, and DUNLOP TIRE CORPORATION, a
Delaware corporation,

        Defendants.

---

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL

This matter came before the Court upon Plaintiffs' Motion for Re-hearing and/or Reconsideration. For those reasons set forth in Plaintiff's Motion and Memorandum of Law in Support Thereof, it appears to the Court that this Motion is well taken and that it should be granted. The court also finds that Defendants do not oppose the Motion.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Leave should be and is hereby Granted, and that Plaintiffs shall have two (2) weeks from the date that this Order is docketed to file its reply.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-27-05

111

_____
JUDGE

DATE: July 26, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 111 in case 2:03-CV-02679 was distributed by fax, mail, or direct printing on July 27, 2005 to the parties listed.

---

Todd C Theodora
STEPHAN ORINGHER RICHMAN & THEODORA
2209 Century Park East
6th Floor
Los Angeles, CA 90067--290

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Daniel B. Snellings
WILLIAM S. FRATES, II, P.A.
830 Azalea Ln.
Vero Beach, FL 32963

John S. Hicks
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

David Lee Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

William S. Frates
WILLIAM S. FRATES, II, P.A.
830 Azalea Ln.
Vero Beach, FL 32963

Roy Brasfield Herron
P. O. Box 5
Dresdin, TN 38225

Honorable J. Breen
US DISTRICT COURT