UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⟨⟩ D.C.

05 AUG -3 PM 2:59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JANET SHIRLEY, as Surviving Spouse, and for
the estate of JERRY SHIRLEY, Deceased,
JASON SHIRLEY, JAYANN SHIRLEY
And JANA SHIRLEY, children of Deceased,
JERRY SHIRLEY,

    Plaintiffs,

v.

CASE NO.: 03 2679 B P

THE GOODYEAR TIRE & RUBBER COMPANY,
An Ohio corporation, GOODYEAR DUNLOP TIRES
NORTH AMERICA, LTD., an Ohio Limited
Liability Company, and DUNLOP TIRE CORPORATION,
a Delaware Corporation,

    Defendants

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY RE: PLAINTIFFS' MOTION TO COMPEL

This cause came to be heard upon Defendants' Motion for leave to file a Surreply to Plaintiff's Reply to Defendants' Opposition to Plaintiffs' Motion to Compel. For those reasons set forth in Defendants' Motion, it appears to the Court that the Motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Leave to file a Surreply should be and is hereby GRANTED;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants' Motion for Leave to file a Surreply shall be accepted by the Court as Defendants' Surreply without the need for filing a further pleading.

_____
JUDGE
DATE: August 3, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-3-05

M DLB 894251 v1
0-0 07/28/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 114 in case 2:03-CV-02679 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Todd C Theodora
STEPHAN ORINGHER RICHMAN & THEODORA
2209 Century Park East
6th Floor
Los Angeles, CA 90067--290

Daniel B. Snellings
WILLIAM S. FRATES, II, P.A.
830 Azalea Ln.
Vero Beach, FL 32963

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

John S. Hicks
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Roy Brasfield Herron
P. O. Box 5
Dresdin, TN 38225

William S. Frates
WILLIAM S. FRATES, II, P.A.
830 Azalea Ln.
Vero Beach, FL 32963

David Lee Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT