IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JANET SHIRLEY, as Surviving Spouse, and for
the estate of JERRY SHIRLEY, Deceased,
JASON SHIRLEY, JAYANN SHIRLEY
And JANA SHIRLEY, children of Deceased,
JERRY SHIRLEY,

      Plaintiffs,

v.                                                               CASE NO.:  03 2679 BP

THE GOODYEAR TIRE & RUBBER COMPANY,
An Ohio corporation, GOODYEAR DUNLOP TIRES
OF NORTH AMERICA, LTD., a New York
Corporation, SUMITOMO RUBBER INDUSTRIES, INC.,
a foreign Corporation, and DUNLOP TIRE CORPORATION,
a Delaware Corporation,

      Defendants.

## ORDER ALLOWING K. NOELLE PONSETTO FOR ADMISSION *PRO HAC VICE*

Based upon the motion of Defendants, for admission of Katherine N. Ponsetto to practice *pro hac vice* in this action on behalf of the Defendants, and in accordance with Rule 83.1(b) of the Rules of Practice of the United States District Court for the Western District of Tennessee;

IT IS ORDERED BY THE COURT that Katherine N. Ponsetto, a member of the California Bar and the United States District Court for the Central District of California, be and she hereby is admitted to practice before this Court, *pro hac vice*, for purposes of the instant litigation only,

DATED this 16th day of August, 2005.

                                                          UNITED STATES DISTRICT JUDGE

M KLH 895287 v1
2826192-000001 08/04/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-17-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 119 in case 2:03-CV-02679 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

---

William S. Frates
WILLIAM S. FRATES, II, P.A.
830 Azalea Ln.
Vero Beach, FL 32963

David Lee Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Roy Brasfield Herron
P. O. Box 5
Dresdin, TN 38225

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Katherine N. Ponsetto
STEPHAN ORINGHER RICHMAN & THEODORA
535 Anton Blvd.
9th fl.
Costa Mesa, CA 92626--190

John S. Hicks
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Daniel B. Snellings
WILLIAM S. FRATES, II, P.A.
830 Azalea Ln.
Vero Beach, FL 32963

Todd C Theodora
STEPHAN ORINGHER RICHMAN & THEODORA
2209 Century Park East
6th Floor
Los Angeles, CA 90067--290

Honorable J. Breen
US DISTRICT COURT