IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 19 PM 4: 38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| JANET SHIRLEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civ. No. 03-2679-B/P |
| | ) | |
| GOODYEAR TIRE & RUBBER CO., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO SHOW CAUSE

Before the court is defendant's Motion for Protective Order, filed on May 23, 2005 (dkt #89). Local Rule 7.2(a)(2) provides:

> the response to the motion and its supporting memorandum . . . shall be filed within fifteen days after service of the motion and shall be accompanied by a proposed order. Failure to respond timely to any motion, other than one requesting dismissal of a claim or action, may be deemed good grounds for granting the motion.

Although plaintiff indicated at the May 5, 2005 hearing that he opposes the motion, a response has not been filed. Plaintiff is hereby ordered to show cause within ten (10) days from the date of this order why the motion should not be granted.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

August 19, 2005
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-22-05

120

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 120 in case 2:03-CV-02679 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Daniel B. Snellings
WILLIAM S. FRATES, II, P.A.
830 Azalea Ln.
Vero Beach, FL 32963

William S. Frates
WILLIAM S. FRATES, II, P.A.
830 Azalea Ln.
Vero Beach, FL 32963

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Katherine N. Ponsetto
STEPHAN ORINGHER RICHMAN & THEODORA
535 Anton Blvd.
9th Floor
Costa Mesa, CA 92626--190

Roy Brasfield Herron
P. O. Box 5
Dresdin, TN 38225

Todd C Theodora
STEPHAN ORINGHER RICHMAN & THEODORA
2209 Century Park East
6th Floor
Los Angeles, CA 90067--290

David Lee Bearman
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

John S. Hicks
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Nashville
211 Commerce St.
Ste. 1000
Nashville, TN 37201

Honorable J. Breen
US DISTRICT COURT